**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUIS E. LOPEZ, JR.,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:16-838** |
| **v.** | : | **(D.J. MANNION)** |
| | | **(M.J. SCHWAB)** |
| **NANCY A. BERRYHILL,** | : | |
| **DEPUTY COMMISSIONER FOR** | | |
| **SOCIAL SECURITY OPERATIONS,** | : | |
| **Defendant** | : | |

**O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Schwab, (Doc. 14), is **ADOPTED IN ITS ENTIRETY**;

**(2)** the decision of the Commissioner of Social Security denying the plaintiff's applications for DIB and SSI benefits is **VACATED**;

**(3)** the plaintiff's appeal of the Commissioner's decision, (Doc. 1), is **GRANTED**;

**(4)** the instant action is **REMANDED** to the Commissioner for further proceedings consistent with Judge Schwab's report

pursuant to sentence four of 42 U.S.C. §405(g); and

**(5)** the Clerk of Court shall **CLOSE THIS CASE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 22, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-838-01-ORDER.wpd